# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 19-SW-2120 DPR
810 NORTH CENTRAL AVENUE )
MONETT, MISSOURI )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
810 NORTH CENTRAL AVENUE, MONETT, MISSOURI, further described in Attachment A

located in the ___Western___ District of ___Missouri___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attchement B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251, 2252, and 2252A | Production, receipt, distribution, and possession of child pornography |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jeffrey Burnett, TFO Federal Bureau of Investigation
*Printed name and title*

☑ Sworn to before me and signed in my presence.
☐ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: 8/27/19

*Judge's signature*

Western District of Missouri                    David P. Rush, United States Magistrate Judge
*Printed name and title*